BAKER BOTTS L.L.P.
Robert C. Scheinfeld (*Pro Hac Vice*)
Eliot D. Williams (*Pro Hac Vice*)
Eric J. Faragi (*Pro Hac Vice*)
30 Rockefeller Plaza, 44th floor
New York, NY 10112
(212) 408-2500
(212) 408-2501 (fax)
robert.scheinfeld@bakerbotts.com
eliot.williams@bakerbotts.com
eric.faragi@bakerbotts.com

LAW OFFICE OF RICHARD CLEGG, P.C.
Richard Clegg (SBN 211213)
501 West Broadway, Suite 800
San Diego, CA 92101
(619) 400-4920
rick@rclegglaw.com

Attorneys for Defendant
GrubHub Holdings Inc. f/k/a GrubHub, Inc.

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERANTH, INC., <br><br>　　　　Plaintiff, <br><br>　　v. <br><br>PIZZA HUT, INC. et al., <br><br>　　　　Defendants. | Case No. 3:11-cv-01810-DMS-WVG <br><br>**SECOND SUPPLEMENTAL NOTICE OF PARTY WITH FINANCIAL INTEREST UNDER CIVIL LOCAL RULE 40.2 AND F.R.C.P. 7.1** |
| AMERANTH, INC., <br><br>　　　　Plaintiff, <br><br>　　v. <br><br>SEAMLESS NORTH AMERICA, LLC., <br><br>　　　　Defendant. | Case No. 3:12-cv-00737-DMS-WVG <br><br>**SECOND SUPPLEMENTAL NOTICE OF PARTY WITH FINANCIAL INTEREST UNDER CIVIL LOCAL RULE 40.2 AND F.R.C.P. 7.1** |

| | |
|---|---|
| AMERANTH, INC.,<br><br>    Plaintiff,<br><br> v.<br><br>GRUBHUB, INC.<br><br>    Defendant. | Case No. 3:12-cv-00739-DMS-WVG<br><br>**SECOND SUPPLEMENTAL NOTICE OF PARTY WITH FINANCIAL INTEREST UNDER CIVIL LOCAL RULE 40.2 AND F.R.C.P. 7.1** |

  Defendant GrubHub Holdings Inc. f/k/a GrubHub, Inc. states as follows: (1) its name has been changed to GrubHub Holdings Inc.; (2) effective December 31, 2014, defendant Seamless North America, LLC merged into and with GrubHub Holdings Inc., and therefore Seamless North America, LLC no longer exists as a separate corporate entity; (3) GrubHub Holdings Inc. is a wholly owned subsidiary of GrubHub Inc.; and (4) on information and belief based on public filings with the SEC, T. Rowe Price Associates, Inc., a subsidiary of T. Rowe Price Group Inc., owns 10% or more of GrubHub Inc.'s stock, and no other publicly held corporation owns 10% or more of GrubHub Inc.'s stock.

                Respectfully submitted,

DATED: January 22, 2015    LAW OFFICE OF RICHARD CLEGG


                By:   */s/ Richard A. Clegg*
                   Richard A. Clegg

                Local Counsel for Defendant
                GrubHub Holdings Inc. f/k/a GrubHub, Inc.

**CERTIFICATE OF ELECTRONIC SERVICE**

I hereby certify that on the 22st day of January, 2015, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will be served electronically to designated CM/ECF participant counsel through the Court's electronic filing system.

DATED: January 22, 2015         LAW OFFICE OF RICHARD CLEGG

By:    */s/ Richard A. Clegg*
       Richard A. Clegg